HENRY C. BRIGGS, Appellant, *v.* THE WEIDMANN COOPERAGE COMPANY, Respondent.

(Argued December 8, 1890; decided December 19, 1890.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made January 28, 1889, which affirmed a judgment in favor of defendant entered

upon an order dismissing the complaint on trial and affirmed an order denying a motion for a new trial.

*Hector M. Hitchings* for appellant.

*Samuel T. Maddox* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.